MICHELE BECKWITH
Acting United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMESH KUMAR,<br><br>      Plaintiff,<br><br>   v.<br><br>USCIS, ET AL.,<br><br>      Defendants. | CASE NO. 2:25-CV-1451-JDP<br><br>STIPULATION AND [PROPOSED] ORDER FOR TEMPORARY STAY |

  The Defendants respectfully request to stay this case through January 9, 2026, and counsel for Plaintiff does not oppose.  In this case, Plaintiff alleges that U.S. Citizenship and Immigration Services ("USCIS") has unreasonably delayed scheduling an interview on and adjudication of Plaintiff's pending asylum application, which he filed in August 2020.  USCIS has scheduled Plaintiff's asylum interview for September 11, 2025.  The parties anticipate that this lawsuit will be rendered moot once USCIS completes its adjudication of Plaintiff Kumar's application, and USCIS anticipates it will do so within 120 days following the successful completion of Plaintiff's asylum interview.

///

///

///

1

The parties therefore stipulate that this matter be stayed through January 9, 2026.  The parties further request that all other filing deadlines and any initial status conference be similarly vacated.

Respectfully submitted,

Dated:  June 11, 2025              MICHELE BECKWITH
                                   Acting United States Attorney


                             By:   /s/ SHELLEY D. WEGER
                                   SHELLEY D. WEGER
                                   Assistant United States Attorney


Dated: June 11, 2025         By:   /s/ JOE SIGUENZA
                                   JOE SIGUENZA
                                   Counsel for Plaintiff


[PROPOSED] ORDER

IT IS SO ORDERED.

Dated:   June 17, 2025             _____
                                   JEREMY D. PETERSON
                                   UNITED STATES MAGISTRATE JUDGE

2